AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jermaine Ransom<br>*Plaintiff*<br>v.<br>OFC Freddie McEachern, Pfc K. McCaskill, Lt Walter Davis, Capt James Gray Jr., The City of Marion, Marion City Police, Willie L. Smith<br>*Defendant* | Civil Action No.  6:10-cv-02015-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten on the record.

Date:  October 13, 2010                               *CLERK OF COURT*

                                            s/Nora Chandler, Deputy Clerk
                                            *Signature of Clerk or Deputy Clerk*